UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **CARLY BITTLINGMEYER, Indiv. and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRULIEVE, INC.,**<br>**Defendant.** | **CLASS ACTION**<br><br>**CIVIL ACTION NO. 22-CV-61804-WPD** |

**DEFENDANT, TRULIEVE, INC.'S,**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Trulieve, Inc. ("Trulieve") moves this Court for the entry of an Order dismissing Plaintiff's, Carly Bittlingmeyer, individually and on behalf of others similarly situated, ("Plaintiff"), Complaint) (ECF No. 1, the "Complaint") without prejudice for lack of subject matter jurisdiction.

The bases for this Motion are more fully set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

WHEREFORE, Defendant respectfully prays that its Motion be granted, that Plaintiff's Complaint be dismissed without prejudice, and that the Court award any other and any other further relief as the Court deems appropriate.

Oral argument is requested.

Dated:  March 3, 2023

                                         **GRIESING MAZZEO LAW, LLC**

By:  /s/ *Julie Negovan*_____
      Julie Negovan
      R. Keith Petersen
      Atty. I.D. Nos. 121450; 1038461
      6750 North Andrews Avenue, Suite 200
      Fort Lauderdale, FL 33309
      (215) 618-3720
      jnegovan@griesinglaw.com
      kpetersen@griesinglaw.com
      *Attorney for Defendant Trulieve, Inc.*